UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 50026 |
| | ) | Judge Philip G. Reinhard |
| MARIO J. HILL | ) | (Magistrate Judge P. Michael Mahoney) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:          Mario J. Hill
Date of Birth: 06/16/84
Sex:           Male
Race:          Black
Prisoner No.:  R68846

has been and now is, in due form and process of law, detained at the following institution:

DANVILLE CORRECTIONAL CENTER.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Western Division of the Northern District of Illinois with violations of Title 21, United States Code, Sections 841(a)(1)(A), and 922(g)(1), and is now wanted in such division and district on Monday, July 21, 2008 11:30 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

1

Kim R. Widup  
United States Marshal  
Northern District of Illinois  
211 S. Court Street  
Rockford, Illinois 61101

Keigh Anglin, Warden  
Danville Correctional Center  
3820 East Main Street  
Danville, Illinois 61834

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that MARIO J. HILL be returned forthwith to said institution from which he was brought.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERLAD  
                                                United States Attorney

                                     By: _____  
                                          JOSEPH C. PEDERSEN  
                                          Assistant United States Attorney  
                                          308 West State Street - Suite 300  
                                          Rockford, Illinois 61101  
                                          (815) 987-4444