# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50026 - 2 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. MARIO J. HILL | | |

**DOCKET ENTRY TEXT:**

USA's petition for a writ of habeas corpus ad prosequendum as to Marion Hill returnable before Judge Mahoney on July 21, 2008 at 11:30 am is granted. The Clerk's Office is directed to issue the writ.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|