UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  No. 08 CR 50026 |
| | )  Judge Philip G. Reinhard |
| MARIO J. HILL | )  (Magistrate Judge P. Michael Mahoney) |

**FILED** JUL 09 2008 MAGISTRATE JUDGE P. MICHAEL MAHONEY United States District Court

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Mario J. Hill
Date of Birth: 06/16/84
Sex: Male
Race: Black
Prisoner No.: R68846

has been and now is, in due process of law, incarcerated in the following institution:

DANVILLE CORRECTIONAL CENTER,

and that said defendant is charged in the above-captioned case with violations of Title 21, United States Code, Sections 841(a)(1) and 922(g)(1), and that said defendant should appear in this case in the United States District Court at Rockford, Illinois on Monday, July 21, 2008, at 11:30 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

IT IS THEREFORE ORDERED that the following persons:

Kim R. Widup
United States Marshal
Northern District of Illinois
211 S. Court Street
Rockford, Illinois 61101

Keith Anglin, Warden
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834

1

bring or cause to be brought before this Court, at said time on said date, in the Federal Courthouse in Rockford, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

P. Michael Mahoney
United States Magistrate Judge

DATED at Rockford, Illinois
this ___9th___ day of July, 2008