UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 50026-02 |
| MARIO J. HILL, | ) | Judge Philip G. Reinhard |
| also known as "Rio" | ) | |

**UNITED STATES' INFORMATION TO DEFENDANT MARIO J. HILL
REGARDING PRIOR CONVICTION AND PENALTIES**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 21 U.S.C. § 851, notifies defendant MARIO J. HILL that the government will rely upon and prove for purposes of enhanced sentencing and penalties that defendant was convicted of the following offense:

On August 25, 2004, in case number 2004 CR 191890, in the Circuit Court of Cook County, Illinois defendant was convicted of delivery of more 2.5 grams but less than 10 grams of cannabis within 1000 feet of a school, a felony, and was sentenced to 25 days in the Cook County Jail;

Under 21 U.S.C. § 841(b)(1)(A), if convicted of the charges contained in Counts One and Two in the present Indictment, defendant must be sentenced to at least twenty years of imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten years and up to life.

WHEREFORE, the United States respectfully submits this information.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


BY:    /s Joseph C. Pedersen
    JOSEPH C. PEDERSEN
    Assistant United States Attorney
    308 West State Street - Room 300
    Rockford, Illinois 61101
    (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on July 1, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' INFORMATION TO DEFENDANT MARIO J. HILL REGARDING PRIOR CONVICTION AND PENALTIES**

was served pursuant to the district court's ECF system as to ECF filers.

                    /s
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
815-987-4444