## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50026 - 2 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. MARIO J. HILL | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to writ. Court appoints Chris Taylor as counsel. Defendant enters plea of not guilty to indictment. 16.1 conference to be held by and financial affidavit due by July 28, 2008. Defendant's oral motion for time to August 29, 2008 to file pretrial motions is granted. USA's oral motion for the time of July 21, 2008 to and including August 29, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for August 29, 2008 at 11:00 am. USA moves for detention. Pursuant to stipulation, enter order of detention pending trial. Enter protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|